UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| TREPPEL FAMILY TRUST U/A 08/18/18 LAWRENCE A. TREPPEL AND GERI D. TREPPEL FOR THE BENEFIT OF GERI D. TREPPEL AND LARRY A. TREPPEL, Derivatively on Behalf of FIRSTCASH HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> RICK L. WESSEL,  R. DOUGLAS ORR, DANIEL R. FEEHAN, MIKEL D. FAULKNER, RANDEL G. OWEN, DANIEL E. BERCE, JAMES H. GRAVES, and JORGE MONTAÑO, <br><br> Defendants, <br> -and- <br><br> FIRSTCASH HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 4:22-cv-00623-P |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**
**AGAINST DEFENDANT JORGE MONTAÑO**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure ("Rule 41"), plaintiff Treppel Family Trust U/A 08/18/18 Lawrence A. Treppel

and Geri D. Treppel for the Benefit of Geri D. Treppel and Larry A. Treppel ("Plaintiff")

voluntarily dismisses claims against defendant Jorge Montaño ("Montaño"), without prejudice.

Dismissal without prejudice as to defendant Montaño is proper by notice pursuant to Rule

41(a)(1)(A)(i), because defendants have not filed an answer or a motion for summary judgment.

Accordingly, Plaintiff requests the Court dismiss the claims against defendant Jorge

- 1 -

- 2 -

Montaño, without prejudice and with all parties bearing their own costs.

Dated: November 1, 2022                    ROBBINS LLP

                                           /s/ *Kevin A. Seely*
                                           Brian J. Robbins
                                           Kevin A. Seely (*pro hac vice*)
                                           Mario D. Valdovinos (*pro hac vice*)
                                           5060 Shoreham Place, Suite 300
                                           San Diego, CA 92122
                                           Telephone: (619) 525-3990
                                           Facsimile: (619) 525-3991
                                           E-mail: brobbins@robbinsllp.com
                                                   kseely@robbinsllp.com
                                                   mvaldovinos@robbinsllp.com

                                           BALON B. BRADLEY LAW FIRM
                                           Balon B. Bradley, Attorney-in-Charge
                                           State Bar No.: 02821700
                                           11910 Greenville Avenue, Suite 220
                                           Dallas, TX 75243
                                           Telephone: (972) 991-1582
                                           Facsimile: (972) 755-0424
                                           E-mail: balon@bbradleylaw.com

                                           *Attorneys for Plaintiff*

1597406

- 2 -

- 3 -

CERTIFICATE OF SERVICE

On November 1, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the foregoing document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ *Kevin A. Seely*
Kevin A. Seely
*Admitted pro hac vice*