UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| TREPPEL FAMILY TRUST U/A 08/18/18 LAWRENCE A. TREPPEL AND GERI D. TREPPEL FOR THE BENEFIT OF GERI D. TREPPEL AND LARRY A. TREPPEL, Derivatively on Behalf of FIRSTCASH HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> RICK L. WESSEL, R. DOUGLAS ORR, DANIEL R. FEEHAN, MIKEL D. FAULKNER, RANDEL G. OWEN, DANIEL E. BERCE, JAMES H. GRAVES, and JORGE MONTAÑO, <br><br> Defendants, <br> -and- <br><br> FIRSTCASH HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 4:22-cv-00623-P <br><br> JOINT STATUS REPORT |

Plaintiff Treppel Family Trust U/A 08/18/18 Lawrence A. Treppel and Geri D. Treppel for the Benefit of Geri D. Treppel and Larry A. Treppel ("Plaintiff") and nominal defendant FirstCash Holdings, Inc. ("FirstCash," or the "Company") (collectively, the "Parties") jointly submit this status report pursuant to the Court's August 8, 2022 Order staying all proceedings in this derivative action (the "Action") pending the disposition of any motion to dismiss filed in *In re FirstCash Holdings Inc. Securities Litigation*, No. 4:22-cv-00033-P (the "Federal Securities Action"), and ordering the Parties to "file a Joint Status Report every 90 days during the pendency of the stay, informing the Court whether the stay should be lifted and the case re-opened." *See* Doc. No. 12 (the "Stay Order").

- 1 -

On September 27, 2022, the undersigned counsel for defendants accepted service of the Complaint on behalf of individual defendants Wessel, Orr, Feehan, Faulkner, Owen, Graves, and Berce. Plaintiff voluntarily dismissed claims against defendant Jorge Montano on November 1, 2022. *See* ECF No. 18. Pursuant to the Stipulation underlying the Stay Order, "Defendants shall not be obligated to respond to the complaint filed in the derivative Action until a scheduling stipulation has been entered by the Court … after the stay has been lifted." *See* ECF No. 11 at 3 (¶¶ 5-6).

The motion to dismiss filed in the Federal Securities Action is fully briefed as of July 28, 2022, and remains pending.

The Parties agree that this Action should continue to be stayed pursuant to the August 8, 2022 Stay Order, and that all of the clauses in the underlying Stipulation shall remain in place. Pursuant to the Stay Order, the parties will continue to file status report updates with the court every 90 days while the case is stayed.

Dated: January 30, 2023         ROBBINS LLP

*/s/ Kevin A. Seely*
Brian J. Robbins
Kevin A. Seely (admitted *pro hac vice*)
Mario D. Valdovinos (admitted *pro hac vice*)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
          kseely@robbinsllp.com
          mvaldovinos@robbinsllp.com

BALON B. BRADLEY LAW FIRM
Balon B. Bradley, Attorney-in-Charge
State Bar No.: 02821700
11910 Greenville Avenue, Suite 220
Dallas, TX 75243
Telephone: (972) 991-1582

Facsimile: (972) 755-0424
E-mail: balon@bbradleylaw.com

*Attorneys for Plaintiff*

Dated: January 30, 2023

**ALSTON & BIRD LLP**
   Laura B. Hunt (TX Bar No. 24120912)

*/s/ Laura B. Hunt*
301 Commerce, Suite 3635
Fort Worth, TX 76102
Telephone: (214) 922-3400
Fax: (214) 922-3899
laura.hunt@alston.com

**ALSTON & BIRD LLP**
   Charles W. Cox (*pro hac vice forthcoming*)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1000
Fax: (213) 576-1100
charles.cox@alston.com

**ALSTON & BIRD LLP**
   Matthew E. Newman (*pro hac vice forthcoming*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7987
Fax: (404) 881-7777
matt.newman@alston.com

*Attorneys for Nominal Defendant FirstCash Holdings, Inc. and Defendants Rick L. Wessel, R. Douglas Orr, Daniel R. Feehan, Mikel D. Faulkner, Randel G. Owen, Daniel E. Berce, and James H. Graves*

1608195

## CERTIFICATE OF SERVICE

On January 30, 2023, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                  */s/ Kevin A. Seely*
                                  Kevin A. Seely
                                  *Admitted pro hac vice*