UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| TREPPEL FAMILY TRUST U/A 08/18/18 LAWRENCE A. TREPPEL AND GERI D. TREPPEL FOR THE BENEFIT OF GERI D. TREPPEL AND LARRY A. TREPPEL, Derivatively on Behalf of FIRSTCASH HOLDINGS, INC.,<br><br>          Plaintiff,<br>  v.<br><br>RICK L. WESSEL, R. DOUGLAS ORR, DANIEL R. FEEHAN, MIKEL D. FAULKNER, RANDEL G. OWEN, DANIEL E. BERCE, JAMES H. GRAVES, and JORGE MONTAÑO,<br><br>          Defendants,<br>  -and-<br><br>FIRSTCASH HOLDINGS, INC., a Delaware Corporation,<br><br>          Nominal Defendant. | Case No. 4:22-cv-00623-P<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER |

WHEREAS, on July 19, 2022, Plaintiff filed this putative Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty on behalf of FirstCash and against defendants Rick L. Wessel, R. Douglas Orr, Daniel R. Feehan, Mikel D. Faulkner, Randel G. Owen, Daniel E. Berce, James H. Graves, and Jorge Montaño (together with FirstCash "Defendants") (the "Derivative Action")[1];

WHEREAS, pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiff now wishes to voluntarily dismiss the Derivative Action without prejudice;

---

[1] Plaintiff voluntarily dismissed claims against defendant Jorge Montaño on November 10, 2022 (ECF No. 18).

- 1 -

WHEREAS, the parties agree that each side shall bear its own costs and fees; and

WHEREAS, the parties respectfully submit that notice of this dismissal to FirstCash stockholders pursuant to Federal Rule of Civil Procedure 23.1(c) is not required here because: (i) Defendants have not answered or otherwise responded to the operative complaint; (ii) there has been no settlement or compromise of the Derivative Action; (iii) there has been no collusion among the parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, that:

1. This Derivative Action is dismissed in its entirety without prejudice;

2. For the reasons stated above, no notice of this dismissal is required; and

3. The parties are to bear their own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: June 20, 2023

ROBBINS LLP

*/s/ Mario D. Valdovinos*
Mario D. Valdovinos (admitted *pro hac vice*)
Brian J. Robbins
Kevin A. Seely (admitted *pro hac vice*)
Mario D. Valdovinos (admitted *pro hac vice*)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
          kseely@robbinsllp.com
          mvaldovinos@robbinsllp.com

BALON B. BRADLEY LAW FIRM
Balon B. Bradley, Attorney-in-Charge
State Bar No.: 02821700
11910 Greenville Avenue, Suite 220

        Dallas, TX 75243
        Telephone: (972) 991-1582
        Facsimile: (972) 755-0424
        E-mail: balon@bbradleylaw.com

*Attorneys for Plaintiffs*

Dated: June 20, 2023

ALSTON & BIRD LLP

*/s/ Laura B. Hunt*
Laura B. Hunt (TX Bar No. 24120912)
301 Commerce, Suite 3635
Fort Worth, TX 76102
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
E-mail: laura.hunt@alston.com

ALSTON & BIRD LLP
   Charles W. Cox (*pro hac vice forthcoming*)
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: charles.cox@alston.com

*Attorneys for Nominal Defendant FirstCash Holdings, Inc. and Defendants Rick L. Wessel, R. Douglas Orr, Daniel R. Feehan, Mikel D. Faulkner, Randel G. Owen, Daniel E. Berce, and James H. Graves*

**IT IS SO ORDERED.**

  DATED:_____

HON. MARK PITTMAN
U.S.D.C. JUDGE

1626116